**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
VICTOR FERREIRA-ROSARIO,

                Petitioner,               19 **CIVIL** 3175 (NRB)
                                                        S2 18 **CR.** 173-7 (NRB)
      -against-

                                                        **JUDGMENT**
UNITED STATES OF AMERICA,

                Respondent.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated June 14, 2021, Mr. Ferreira-Rosario's petition is denied. Furthermore, as Mr. Ferreira-Rosario has failed to make a substantial showing of the denial of a constitutional right, the Court will not issue a certificate of appealability. 28 U.S.C. § 2253. It is hereby certified that any appeal from this Memorandum and Order would not be taken in "good faith" within the meaning of 28 U.S.C. § 1915(a)(3). See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, case No 19. Civ. 3175 is closed.

**DATED:**  New York, New York
             June 14, 2021

                                                                     **RUBY J. KRAJICK**
                                                                       Clerk of Court
                                               **BY:**
                                                                        **Deputy Clerk**